IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| RICKEY BAKER, | * |
| Plaintiff, | * |
| vs. | *   No. 4:14CV00444 SWW |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | * |
| Defendant. | * |

**Order of Dismissal**

Upon the plaintiff's motion to dismiss this action with prejudice stating that the issues have been resolved,

IT IS THEREFORE ORDERED that the motion (docket entry 16) is granted, and the above cause of action hereby is dismissed with prejudice.

DATED this 25th day of November, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE